KO JRB: USAO 2018R00225



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** PJM 19cr433 |
| | * | |
| **ZHI TIAN LANG,** | * | **(Receipt of Child Pornography,** |
| | * | **18 U.S.C. § 2252A(a)(2); Interstate** |
| **Defendant** | * | **Transmission of Extortionate** |
| | * | **Communication, 18 U.S.C. § 875(d);** |
| | * | **Forfeiture, 18 U.S.C. §§ 2253 & 981,** |
| | * | **28 U.S.C. § 2461(c))** |
| | * | |

*******

**INFORMATION**

**COUNT ONE**
**(Receipt of Child Pornography)**

The United States Attorney for the District of Maryland charges that:

Between on or about September 18, 2014 and on or about October 27, 2014 in the District of Maryland and elsewhere, the defendant,

**ZHI TIAN LANG,**

did knowingly receive child pornography and materials that contain child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. §§ 2252A(a)(2) and (b)(1)

**COUNT TWO**
**(Interstate Transmission of Extortionate Communication)**

The United States Attorney for the District of Maryland further charges that:

On or about September 18, 2014, in the District of Maryland and elsewhere, the defendant,

**ZHI TIAN LANG,**

knowingly transmitted in interstate commerce, a communication containing a threat to injure the reputation of Victim 1 with intent to extort from Victim 1 any thing of value.

18 U.S.C. § 875(d)

**FORFEITURE ALLEGATION**

The United States Attorney for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Sections 2253 and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), in the event of the defendant's convictions under Counts One and Two of this Information.

**Forfeiture Relating to Sexual Exploitation of Children**

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense set forth in Count One of this Information, in violation of Title 18, United States Code, Section 2252A, the defendant,

**ZHI TIAN LANG,**

shall forfeit to the United States of America:

a. Any visual depiction described in Title 18, United States Code, Sections 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

**Forfeiture Relating to Interstate Transmission of an Extortionate Communication**

3. Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), upon conviction of the offense set forth in Count Two of this Information, the defendant,

**ZHI TIAN LANG,**

shall forfeit to the United States of America any property, real or personal, constituting or derived from proceeds traceable to a violation of Title 18, United States Code, Section 875.

4. If any of the property described above, as a result of any act or omission of the defendant,

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

18 U.S.C. § 2253
18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)

Robert K. Hur /GPB
Robert K. Hur
United States Attorney

Date: September 11, 2019