UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: *United States v. Lang*
Crim No. 19-433 PJM

DATE: December 12, 2019

\* \* \*

The Court has received Defendant's Request to Amend Pretrial Conditions, ECF No. 13. The Government has not yet responded. The Government is directed to respond to Defendant's filing as soon as possible, but before end of day December 16, 2019.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File